ORMSBY VAN WINKLE and ENOCH WAKEFIELD, plaintiff in error, *v.* PAUL BECK, SEN., defendant in error.

*Error to Fayette.*

Where a suit is pending before a justice of the peace, and the parties refer the same to arbitrators, they must be bound by the decision of the arbitrators.

An appeal does not lie from a judgment of a justice of the peace, upon the award of arbitrators.

THIS was an action commenced by the plaintiffs in error, against the defendant in error, before Mark E. Jones, a justice of the peace of Fayette county, and referred to arbitrators by the parties. The arbitrators awarded thirty-eight cents to the plaintiff, and the justice rendered judgment accordingly. The plaintiff appealed to the Circuit Court, where, on motion of the defendant, the appeal was dismissed, at the October term, 1839, the Hon. Sidney

Breese presiding.   The cause was brought to this Court by writ of error.

JOSIAH FISK, for the plaintiffs in error, cited R. L. 392, §§ 20, 395, §§ 30, 34 ; Gale's Stat. 407, 409, 410.

BROWNE, Justice, delivered the opinion of the Court :
This was originally a suit brought before a justice of the peace of Fayette county.   The plaintiffs and defendant, by mutual consent, submitted the decision of their cause to arbitrators chosen by them, who returned an award in favor of the plaintiffs, upon which award the justice rendered a judgment for a certain amount, and costs, in favor of the plaintiffs against the defendant.   From which award, and judgment of the justice, the plaintiffs appealed to the Circuit Court of Fayette county.   The defendant moved the Court to dismiss the appeal, which motion was sustained by the Court, and the suit dismissed.   To reverse the decision this writ of error is brought.   The parties in this case thought proper to select this mode of trial by arbitrators.   It was an act entirely voluntary.

The parties submitted their controversy to a tribunal of their own choosing, and by its decision they must be bound.

We are of opinion that the Circuit Court of Fayette county decided correctly in ͵dismissing the appeal, as we think no appeal lies in such a case.

The judgment of the Circuit Court is affirmed, with costs.
*Judgment affirmed.*